# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 10, 2018

157952 & (17)(18)(19)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

BRETT VUKICH,
      Plaintiff-Appellee,

v

GEICO INSURANCE COMPANY d/b/a
GEICO CASUALTY COMPANY,
      Defendant-Appellant.

SC: 157952
COA: 341260
Wayne CC: 16-016146-NF

_____/

On order of the Court, the motions to expedite proceedings and for immediate consideration are GRANTED. The application for leave to appeal the May 7, 2018 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. The motion for stay is GRANTED. Trial court proceedings are stayed pending the completion of this appeal. On motion of a party or on its own motion, the Court of Appeals may modify, set aside, or place conditions on the stay if it appears that the appeal is not being vigorously prosecuted or if other appropriate grounds appear.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 10, 2018



Clerk

a1009